**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00470-CMA

KENNETH DAVISON

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order denying the motion for entered orally in open court on . It is

ORDERED that, this action was decided by Judge Christine M. Arguello on Plaintiff's KENNETH DAVISON Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is affirmed. Each party is to bear its costs and attorneys fees.

Dated at Denver, Colorado this 31st day of January, 2014.

                                          FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Sandra Hartmann

                                        Sandra Hartmann
                                        Deputy Clerk